IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00295-MR

| | |
|---|---|
| JAMES W. GREENE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NATIONAL RURAL ELECTRIC ) <br> COOPERATIVE ASSOCIATION, ) <br> COOPERATIVE BENEFIT ) <br> ADMINISTRATORS, INC., ) <br> DISABILITY MANAGEMENT ) <br> SERVICES, INC., and RUTHERFORD ) <br> ELECTIC MEMBERSHIP CORP., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney E. Thomas Henefer as counsel *pro hac vice*. [Doc. 14]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 14] is **ALLOWED**, and E. Thomas Henefer is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 19, 2018

Martin Reidinger
United States District Judge